ZAPPALA, Justice, concurring.

I understand the majority opinion to hold that where the taxing authority has placed into evidence the official assessment record, and the taxpayer offers expert testimony of valuation, the trial court is not required to accept the expert testimony offered by the taxpayer in its entirety but may find the expert's testimony credible in part. The court may thus decide on a fair market value which was not specifically offered by the expert so long as that decision is supported by evidence of record. Based on this understanding of the holding, I join in the majority opinion.

HARRISBURG SCHOOL DISTRICT, Harrisburg School Board, Joseph C. Brown, Linda M. Cammack, Kenneth Lester, Judith C. Hill, Wanda R.D. Willlams, Individually, and as Parent and Natural Guardian of Rauwshan Williams, Ricardo A. Davis, Individually, and as Parent and Natural Guardian of Jeremiah Stephenson and Tiffany Davis, Clarice Chambers, Joy Ford, Individually and as Parent and Natural Guardian of Casel J. Ford, Susan Wilson, Individually and as Parent and Natural Guardian of Samantha Wilson, Grace Bryant, Glenise Cobb Wingfield, Individually, and as Parent and Natural Guardian of Jhonatha Wingfield and Asia Wingfield, and Citizens Concerned for Children First, by Dowayne Blount and Dale Carter, Trustees Ad Litem, Appellants,

v.

Eugene HICKOK, Secretary of Education, Commonwealth of Pennsylvania, Stephen R. Reed, Mayor of Harrisburg, Jane/John Doe I, Jane/John Doe II, Jane/John Doe III, Jane/John Doe IV, Jane/John Doe V, Potential Members of the Board of Control for the Harrisburg School District, Appellees.

Supreme Court of Pennsylvania.

May 22, 2001.

### ORDER

PER CURIAM:

AND NOW, this 22nd day of May, 2001, the Order of the Commonwealth Court is AFFIRMED.

Crystal JONES, Appellant,

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Appellee.

Supreme Court of Pennsylvania.

Argued Jan. 30, 2001.
Decided May 22, 2001.